UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK WAYNE ADAMS,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD GENE LINDBLADE,<br>JEANIE LYNNE LINDBLADE,<br><br>             Defendants. | Case No.: 3:20-CV-00222-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on August 19, 2020, recommending that the Court grant Plaintiff's IFP Application (ECF No. 1). On September 8, 2020, Plaintiff filed Objections to Magistrate Judge's Report (ECF Nos. 4 and 5).

This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 3), shall be **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** Plaintiff's IFP Application (ECF No. 1) is **GRANTED**. Plaintiff is not be required to pay an initial partial filing fee; however, whenever his prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid. This is required even if the action is dismissed or is otherwise unsuccessful.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** a copy of this order adopting and accepting the Report and Recommendation to the attention of **Chief of Inmate Services for the Nevada Department of Corrections**, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge